UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARIA ISABEL PERALES SERNA, et al., | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 1:15-CV-446-RP |
| v. | § § | |
| TEXAS DEPARTMENT OF STATE HEALTH SERVICES, et al., | § § § § | |
| Defendants. | § | |

**PLAINTIFFS' ADVISORY NOTICE OF INTENT TO FILE MOTION TO AMEND**

Now come the Plaintiffs in the above entitled and numbered cause, and notify the Court that within thirty days Plaintiffs will present their Motion for Leave to Amend, together with a Proposed Amended Complaint. The amended complaint will address the various issues identified by this Court in its ruling of October 16, 2015. Plaintiffs note that some of these amendments may affect any decision by this Court regarding Defendants' Rule 12(b)(1) Motion to Dismiss the claims of Plaintiffs Nieto, Cedillo, and B.R..

Respectfully Submitted,

/S/Jennifer K. Harbury
Jennifer K. Harbury

Attorney in Charge
Texas Bar No. 08946500
S.D. No.26569
TEXAS RIOGRANDE LEGAL AID, INC.
300 S. Texas Blvd.
Weslaco, Texas 78596
Tel. 956-447-4800
Fax: 956-968-8823


/S/ Marinda Van Dalen

Marinda Van Dalen
Attorney at Law
Texas Bar No. 00789698
S.D. No. 17577
TEXAS RIOGRANDE LEGAL AID, INC.
531 E. St. Francis St.
Brownsville, TX 78520
Tel. 956-982-5540
Fax: 956-541-1410


/S/ James C. Harrington

James C. Harrington
Attorney at Law
State Bar No. 09048500
TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, Texas 78741-3438



/S/ Efrén C. Olivares

Efrén C. Olivares
Attorney at Law
Texas Bar No. 24065844
Southern District of Texas No. 1015826

SOUTH TEXAS CIVIL RIGHTS PROJECT
1017 W. Hackberry Ave.

Alamo, Texas 78516
Tel 956-787-8171
Fax: 956-787-6348