IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Juana Gomez, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | C.A. 1: 15-cv-00446 |
| | § | |
| Commissioner of Texas Department of | § | |
| State Health Services John Hellerstedt, | § | |
| in his official capacity, et al., | § | |
| | § | |
| Defendants. | § | |

ORDER COMPELLING DISCOVERY

Came on for consideration in the above entitled and numbered cause, the Plaintiffs' Motion to Compel.

Upon consideration of the pleadings and applicable jurisprudence it is ruled that Plaintiffs are entitled to the discovery sought.

Wherefore it is hereby ORDERED that:

1. Defendants shall within 5 days produce to Plaintiffs the discovery sought by Plaintiffs in their Motion to Compel, including but not limited to the TER database and the information regarding issuance of birth certificates by local registration districts.

Signed and Entered on this ____ day of _____, 2016

_____          _____
Robert Pitman
United States District Judge                                Date

1