**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **JUANA GOMEZ, et al.** | § | |
| | § | |
| **v.** | § | **NO. A-15-CA-446 RP** |
| | § | |
| **COMMISSIONER OF TEXAS DEPT.** | § | |
| **OF STATE HEALTH SERVICES, et al.** | § | |

**REPORT OF MEDIATOR**

TO:   THE HONORABLE ROBERT PITMAN
      UNITED STATES DISTRICT JUDGE

      This is to report that after a mediation session on July 11 and 12, 2016, which then continued through sporadic telephone conferences up to the present, the parties have settled this case. The agreement contemplates that the parties will execute a settlement agreement, which calls for a stay of the case for several months. The mediator's understanding is that the parties will present the appropriate motions or documents to the Court to implement their agreement.

      The Clerk is directed to serve a copy of this report on all parties.

      SIGNED this 18th day of July, 2016.

_____

ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE