IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Juana Gomez *et al.*, § § *Plaintiffs*, § v. § § Commissioner of Texas Department of State Health Services Dr. John Hellerstedt, in his official capacity; Vital Statistics Unit Registrar Geraldine Harris, in her official capacity; and, Executive Commissioner of Texas Health and Human Services Commission, Charles Smith, in his official capacity, § § § § § § § § § § *Defendants*. § | Civil Action No. 15-cv-00446 RP |

## AGREED MOTION TO STAY

Plaintiffs and Defendants jointly move the Court to stay this action as follows:

1. By order dated April 27, 2016, the Court referred this case for mediation to United States Magistrate Judge Andrew Austin (Doc. 144). Pursuant to notice from Judge Austin (Doc. 168), the parties mediated the case in person on July 11 and 12, and by telephone on July 14 and 15, 2016. On July 22, 2016, they reached an agreement.

2. The parties seek a stay in order to give effect to their agreement. The agreement is structured such that upon completion of a number of defined undertakings within prescribed periods of time (completion of which is to be confirmed by periodic certifications filed with the Court), the parties will submit to the Court an agreed order of dismissal with prejudice. The parties anticipate such submission will occur nine months after the date of the stay. If DSHS does not meet the deadlines set forth in the agreement, as determined by the Court or as modified by agreement of the parties, the parties will ask

the Court to lift the stay so that prosecution of the case may be resumed.

3. The parties have agreed that the stay they seek herein, if granted by the Court, would stay all discovery, pleadings, motions, and any other scheduled deadlines and settings. Further, any pending motions would be dismissed without prejudice to the refiling of same in the event the stay is later lifted. The parties have agreed to the form and substance of the proposed order submitted herewith.

4. The parties make this motion in the interest of justice.

>
> Respectfully Submitted,
>
> KEN PAXTON
> Attorney General of Texas
>
> JEFFREY C. MATEER
> First Assistant Attorney General
>
> BRANTLEY STARR
> Deputy First Assistant Attorney General
>
> JAMES E. DAVIS
> Deputy Attorney General for Civil Litigation
>
> ANGELA V. COLMENERO
> Chief, General Litigation Division
>
>  /s/ Thomas A. Albright
> THOMAS A. ALBRIGHT
> Texas Bar No. 00974790
> Attorney-in-Charge
> Assistant Attorney General
> General Litigation Division
> P.O. Box 12548, Capitol Station
> Austin, Texas 78711-2548
> (512) 463-2120
> (512) 320-0667 (Fax)
>
> *ATTORNEYS FOR DEFENDANTS*
>
> and

 /s/ Jennifer K. Harbury
Jennifer K. Harbury
Texas Bar No. 08946500
*Texas RioGrande Legal Aid, Inc.*
*300 S. Texas*
*Weslaco, Texas 78596*
*Telephone: (956) 447-4800*
Fax: (956) 968-8823

 /s/ Marinda van Dalen
Marinda van Dalen
*Texas Bar No. 00789698*
*Texas RioGrande Legal Aid, Inc.*
*531 E. St. Francis*
*Brownsville, Texas 78520*
*Telephone: (956) 982-5543*

 /s/ Efrén C. Olivares
Efrén C. Olivares
*Attorney at Law*
*Texas Bar No. 24065844*
*SOUTH TEXAS CIVIL RIGHTS* PROJECT
1017 W. Hackberry Ave.
*Alamo, Texas 78516*
*Tel 956-787-8171*
*Fax: 956-787-634*

*ATTORNEYS FOR PLAINTIFFS*

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 22nd day of Juuly, 2016, a true and correct copy of the foregoing document has been filed with the court's CM/ECF electronic case management system, thus providing service to all CM/ECF participants, and that service has been made electronically via email to the following non CM/ECF participants:

Cheryl R. Drazin
Anti-Defamation League
12800 Hillcrest Road
Suite 219
Dallas, TX 75230

Lauren Jones
605 Third Avenue
New York, NY 10158

Steve Freeman
605 Third Avenue
New York, NY 10158

                                                  */s/ Thomas A. Albright*
                                                  THOMAS A. ALBRIGHT
                                                  Assistant Attorney General