IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JUANA GOMEZ, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:15-cv-446-RP |
| TEXAS DEPARTMENT OF STATE HEALTH SERVICES, VITAL STATISTICS UNIT, *et al.*, | § § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the parties' Agreed Motion to Stay, filed July 22, 2016 (Dkt. 182). By way of the motion, the parties request this case be stayed in order to allow time for an agreed resolution to be enacted. The motion is hereby **GRANTED** and this action is hereby **STAYED.** All discovery, pleadings, motions, and any other scheduled deadlines and settings herein are abated pending further order of the Court. Further, all pending motions are hereby **DISMISSED WITHOUT PREJUDICE** to the refiling of same in the event this stay is later lifted. The parties are directed to file a notice with the Court indicating the status of the settlement **on or before May 1, 2017.**

**SIGNED** on July 25, 2016.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1