UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JUANA GOMEZ, et al., | § | |
| | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. 1:15-CV-446-RP |
| v. | § | |
| | § | |
| Dr. John Hellerstedt, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## PLAINTIFFS' ACCEPTANCE OF DEFENDANTS' INTERIM CERTIFICATION

Now come the Plaintiffs in the above entitled and numbered cause and notify the Court that they have received the final versions of the documents and video required by the settlement agreement from the Defendants, and that the matters in issue have been resolved.

Accordingly, Plaintiffs no longer object to the Defendants' Interim Certification of Compliance, filed 8/31/16, E.C.F. No. 186.

Respectfully Submitted,

/S/Jennifer K. Harbury

Jennifer K. Harbury
Attorney in Charge

Texas Bar No. 08946500
S.D. No.26569
TEXAS RIOGRANDE LEGAL AID, INC.
300 S. Texas Blvd.
Weslaco, Texas 78596
Tel. 956-447-4800
Fax: 956-968-8823


/S/ Marinda van Dalen

Marinda van Dalen
Attorney at Law
Texas Bar No. 00789698
S.D. No. 17577
TEXAS RIOGRANDE LEGAL AID, INC.
531 E. St. Francis St.
Brownsville, TX 78520
Tel. 956-982-5540
Fax: 956-541-1410


/S/ Efrén C. Olivares

Efrén C. Olivares
Attorney at Law
Texas Bar No. 24065844
Southern District of Texas No. 1015826

SOUTH TEXAS CIVIL RIGHTS PROJECT
1017 W. Hackberry Ave.
Alamo, Texas 78516
Tel 956-787-8171
Fax: 956-787-6348


Certificate of Service:
I, Jennifer K. Harbury hereby certify that on this 1st day of November 2016 I served a true and correct copy of this document to the Attorneys for Defendants by filling it through this Court's electronic filing system.

/S/Jennifer K. Harbury
Jennifer K. Harbury
Attorney at Law