IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JUANA GOMEZ, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:15-cv-446-RP |
| TEXAS DEPARTMENT OF STATE HEALTH SERVICES, VITAL STATISTICS UNIT, et al., | § § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the parties' Agreed Motion for Dismissal with Prejudice, filed May 4, 2017, (Dkt. 194). By way of their motion, the parties indicate they have reached a settlement and move the Court to dismiss this action. Having reviewed the record, the Court finds that dismissal is appropriate.

**IT IS HEREBY ORDERED** that the parties' Agreed Motion for Dismissal with Prejudice is **GRANTED.**

**IT IS FURTHER ORDERED** that all claims and causes of action asserted in this litigation are **DISMISSED WITH PREJUDICE.**

**IT IS FINALLY ORDERED** that this case is closed.

**SIGNED** on May 9, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1